MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

WANDA R. SANDS,

    Plaintiff,

vs.

REVENUE SECURITY SERVICES, L.P., a Limited Partnership, & HOME SHOPPING NETWORK, INC., a foreign corporation,

    Defendants.

No.

JURY DEMANDED

COMPLAINT

JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendants perpetrated therein.

PRELIMINARY STATEMENT

2. This action is instituted in accordance with and to remedy Defendants' violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and of related state law obligations brought as supplemental claims hereto.

3. In 2007, Defendants initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff in Las Vegas, Nevada.

4. As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

## PARTIES

5. Plaintiff, Wanda R. Sands, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6. Defendant, Revenue Security Services, L.P. (RSS), is a domestic Limited Partnership, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Corpus Christi, Texas, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

7. The Defendant, Home Shopping Network, Inc., (HSN), is a foreign corporation.

## FACTUAL ALLEGATIONS

8. Plaintiff repeats, realleges and asserts all factual allegations contained in the preliminary statement to this Complaint and reasserts them as incorporated in full herein.

9. Plaintiff is 82 and quite ill.

10. Plaintiff disputes the HSN debt underlying this action having returned the merchandise.

11. On May 7, 2007, HSN's agent, RSS, dunned Plaintiff (Exhibit 1).

12. Exhibit 1 emulates legal process by invoking, inter alia, "County Code" in violation of FDCPA § 1692e(13).

13. Exhibit 1 also violates FDCPA §§ 1692e(5) & 1692e(10) as it threatens to take legal action on an alleged debt of only $142.71.

14. Over approximately two months RSS has inundated Plaintiff with calls.

15. Sometimes the calls were made five times daily.

16. Other times RSS would call Plaintiff at 6:00 A.M. and on Sundays in violation of FDCPA § 1692c(a)(1) & (2).

17. Each time Plaintiff advised she would not pay, that she was ill and Defendant was not to further call.

18. Defendant ignored Plaintiff, continuing its torrent of calls.

19. Defendant's representatives made clear they would not stop calling until Plaintiff paid!

20. RSS's continued phone contacts to Plaintiff, at times and at a place known to be inconvenient to Plaintiff, were made in violation of FDCPA § 1692c(a)(1). Fox v. Citicorp Credit Services, Inc., 15 F.3d 1507, 1516, fn. 10 (9th Cir. 1994), Austin v. Great Lakes Collection Bureau, Inc., 834 F. Supp. 557, 559 (D. Conn. 1993).

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

21.  RSS's immediate and repeated recalls to Plaintiff constituted harassment in violation of FDCPA §§ 1692d and 1692d(5). <u>Fox v. Citicorp Credit Services, Inc.</u>, 15 F.3d 1507, 1516 (9th Cir. 1994), <u>Bingham v. Collection Bureau, Inc.</u>, 505 F. Supp. 864, 873 (1981), <u>Kuhn v. Account Control Technology, Inc.</u>, 865 F. Supp. 1443, 1452-53 (D. Nev. 1994).

22.  The foregoing acts and omissions of Defendants were undertaken by them willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

23.  Indeed, the foregoing acts and omissions of Defendants were undertaken by them indiscriminately and persistently, as part of their regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

24.  As a proximate result of the foregoing acts and omissions of Defendants, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

25.  As a result of the foregoing acts and omissions of Defendants, and in order to punish Defendants for their outrageous and malicious conduct, as well as to deter them from committing similar acts in the future as part of their debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

CAUSES OF ACTION

COUNT I

26. The foregoing acts and omissions of RSS constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d, 1692e 1692f and 1692g.

27. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

COUNT II

28. The foregoing acts and omissions of Defendants constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); *Pittman v. J. J. Mac Intyre Co. of Nevada, Inc.*, 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

29. Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

JURY DEMANDED

Plaintiff hereby demands trial by a jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1. Award actual damages.

2. Award punitive damages.

3. Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k.

4. Award reasonable attorney fees.

5. Award costs.

5

6. Grant such other and further relief as it deems just and proper.

Respectfully submitted,

*[signature]*

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

MAY-10-07 02:55 PM   WILMA SANDS                                                         7026461390        P.01

# PRE LEGAL CONTRACT PAYMENT DEMAND

## CREDIT CARD DEFAULT SECTION

May 7, 2007

YOUR CREDIT CARD COMPANY HAS DENIED PAYMENT FOR THE PURCHASE(S) MADE WITH THE HOME SHOPPING NETWORK. NOTIFICATION WAS PREVIOUSLY PROVIDED TO YOU AND YOUR CONTRACT REMAINS IN DEFAULT. AS OF MAY 7, 2007 YOU HAVE FAILED TO PROVIDE UPDATED VALID CREDIT CARD INFORMATION FOR RE-BILLING AND PAYMENT OF THE AMOUNT NOW DUE: $142.71.

AN INVESTIGATIVE CONSUMER REPORT AND PERSONAL ASSET INVESTIGATION WILL BE ASSEMBLED WHICH WILL OR MAY INCLUDE INFORMATION AS TO YOUR CREDIT HISTORY AND OTHER PERSONAL CHARACTERISTICS SUCH AS SOURCES OF INCOME, EMPLOYMENT VERIFICATION, REAL ESTATE OWNERSHIP, AUTOMOBILE OWNERSHIP, SAVINGS AND CHECKING ACCOUNT INFORMATION.

UPON OBTAINING REPORT INFORMATION THIS OFFICE AND THE HOME SHOPPING NETWORK WILL DECIDE ON THE BEST COURSE OF ACTION FOR THE COLLECTION OF THE BALANCE DUE WHICH IS PERMISSABLE AND IN ACCORDANCE WITH THE LAW. HAVING NO DESIRE TO CAUSE YOU EMBARRASSMENT AND IN AN EFFORT TO SETTLE THIS MATTER AMICABLY, WE STRONGLY SUGGEST UPON RECEIPT OF THIS LETTER YOU CONTACT US TO MAKE PAYMENT OR ARRANGEMENTS TO CLEAR THIS MATTER FROM YOUR RECORD.

IF IT IS YOUR INTENT TO SETTLE THIS DEBT WITHOUT ADDITIONAL COST OR INCONVENIENCE YOU MAY PAY THE AMOUNT DUE BY CREDIT CARD OR CHECK BY PHONE BY CALLING 1-877-882-5153, OR FAX THE COMPLETED CREDIT CARD INFORMATION BELOW TO 1-866-808-6124.

NO FURTHER NOTICE IS REQUIRED PRIOR TO TAKING LEGAL ACTION.

WE REPORT TO ALL MAJOR CREDIT REPORTING SERVICES

THIS HAS BEEN SENT FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ALL INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

1-877-882-5153
AGENTS ON DUTY

County Code:  J62727
Balance Due As Of 5/7/2007:  $142.71

PO Box 782406
San Antonio TX  78278-2408
ADDRESS SERVICE REQUESTED

May 7, 2007

WNHRMD       918    31855
507 1350 0031  452#  HSN3   J62727

Wanda R Sands
6405 Balzar Ave
Las Vegas NV 89108-3183

***DETACH LOWER PORTION AND RETURN WITH PAYMENT***

IF PAYING BY CREDIT CARD, COMPLETE ALL, SIGN AND RETURN
☐ ☐ ☐   CHECK CARD USING FOR PAYMENT
CARD NUMBER PLUS 3 DIGIT SECURITY CODE (on back of card)   EXP. DATE
AMOUNT  $
CARDHOLDER SIGNATURE

SEND CORRESPONDENCE AND PAYMENTS TO THIS ADDRESS
Revenue Security Services
National Notification Section
PO Box 782408
San Antonio TX  78278-2408

County Code:  J62727
Balance Due As Of 5/7/2007:  $142.71